IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CARL ELMON HUNT, #832307 | § | |
| VS. | § | CIVIL ACTION NO. 6:15cv559 |
| SARAH PIERSON, ET AL. | § | |

## ORDER DENYING DEFAULT JUDGMENT

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell, who issued an initial Report and Recommendation concluding that Plaintiff's motions for a default judgment should be denied. Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Report and Recommendation (Doc. #21) is **ADOPTED**. It is further

**ORDERED** that Plaintiff's motions for a default judgment (Doc. #18,19) are **DENIED**.

**It is SO ORDERED**.

**SIGNED this 21st day of December, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE